Aggravated assault and battery. From the complaint, the evidence and the judgment there did not appear any fundamental error and the judgment was affirmed.

No. 2953. NATIONAL CITY BANK, APPELLEE, *v.* LÓPEZ DÍAZ ET AL., APPELLANTS.—First District Court of San Juan. Decided January 30, 1923. Debt. The appellee's motion for dismissal is sustained.

No. 2010. PEOPLE, APPELLEE, *v.* FIGUEROA, APPELLANT.— District Court of Ponce. Decided February 2, 1923. False representation. The appellant having filed no brief, the appeal was dismissed.

No. 2011. PEOPLE, APPELLEE, *v.* ONFRÍ, APPELLANT.—District Court of Humacao. Decided February 2, 1923. Violation of the Automobiles Act. The appellant having filed no brief, the appeal was dismissed.

No. 2384. TOUS SOTO, AS GUARDIAN *ad litem* OF ANGELA LÓPEZ, APPELLANT, *v.* CHEVREMONT, APPELLEE.—District Court of San Juan, Section 2. Damages for Seduction. Decided February 5, 1923. Reconsideration denied. Justices Aldrey and Franco Soto dissented.

No. 2964. TOTTI ET AL., APPELLANTS, *v.* ANSORGE EXPORT COMPANY, APPELLANT.—District Court of San Juan, Section 1. Damages. Decided February 6, 1923. The plaintiff's motion of withdrawal is sustained.

No. 1930. PEOPLE, APPELLANT, *v.* PARKHURST, APPELLEE. —Second District Court of San Juan. Involuntary Homicide. Decided February 6, 1923. There being no showing of a clear abuse of discretion in granting a new trial, for the reasons stated in *People* v. *Soto,* 26 P. R. R. 399, the judgment is affirmed.

No. 2012. PEOPLE, APPELLEE, *v.* MALDONADO, APPELLANT. —District Court of Humacao. Decided February 6, 1923. Violation of the Automobiles Act. The appellant having filed no brief, the appeal was dismissed.